United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., Plaintiff, | § § § § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02913 |
| M. KATHERINE BANKS, Defendants. | § § § § | |

ORDER OF DISMISSAL

On September 11, 2023, the Plaintiff filed a Notice of Voluntary Dismissal without prejudice (Dkt. 63) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs.

SIGNED at Houston, Texas on September 11, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE